173 A.3d 601

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. LAZARO R. GUITEREZ, DEFENDANT-PETITIONER.

C–323 September Term 2017
079847

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000801–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.